# PORTALES POLICE DEPARTMENT

## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**   **Report Type:** Initial Report

| | | | |
|---|---|---|---|
| **Agency** | PORTALES POLICE DEPARTMENT | **Location** | 1901 S AVE I<br>PORTALES NEW MEXICO 88130 |
| **Case #** | 2024000345 | | |
| **File #** | | | |
| **Description** | UNATTENDED DEATH | | |
| **Incident Status** | INACTIVE | **From Date/Time** | 04/01/2024 10:51 |
| | | **To Date/Time** | |
| | | **Report Date** | 04/01/2024 10:51 |
| **Reporting Officer** | ORDONEZ, V | **Initial Rep. Date** | 04/01/2024 10:51 |

### COMPLAINANT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | ▮▮▮▮▮ | | | | | | |
| **Address** | ▮▮▮▮▮ | | | | | **Phone** | ▮▮▮▮▮ |
| **Race** | W | **Ethnic** | N | **Sex** | F | **DOB** | ▮▮▮▮▮ |
| **Height** | 5'03" | **Weight** | 165 | **Hair** | BRO | **Eyes** | GRN |
| **S.S.N.** | ***-**-**** | **DL & St.** | ******** | **JRN#** | | | |

### SUBJECT(S)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | TESTON, TROY DON | | | | | | |
| **Address** | ▮▮▮▮▮ | | | | | **Phone** | ▮▮▮▮▮ |
| **Race** | W | **Ethnic** | N | **Sex** | M | **DOB** | ▮▮▮▮▮ |
| **Height** | 6'03" | **Weight** | 200 | **Hair** | BRO | **Eyes** | BRO |
| **S.S.N.** | ***-**-**** | **DL & St.** | ******** | **JRN#** | | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | DESEASED | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | ▮▮▮▮▮ | | | | | | |
| **Address** | ▮▮▮▮▮ | | | | | **Phone** | ▮▮▮▮▮ |
| **Race** | W | **Ethnic** | N | **Sex** | F | **DOB** | ▮▮▮▮▮ |
| **Height** | 5'03" | **Weight** | 165 | **Hair** | BRO | **Eyes** | GRN |
| **S.S.N.** | ***-**-**** | **DL & St.** | ******** | **JRN#** | | | |
| **Sub. Type** | REPORTING PARTY | **Arrest ID** | | **Citation #** | | | |
| **Notes** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | ▮▮▮▮▮ | | | | | | |
| **Address** | ▮▮▮▮▮ | | | | | **Phone** | ___-___-____ |
| **Race** | W | **Ethnic** | N | **Sex** | M | **DOB** | ▮▮▮▮▮ |
| **Height** | 5'08" | **Weight** | 160 | **Hair** | BLN | **Eyes** | HZL |
| **S.S.N.** | ***-**-**** | **DL & St.** | ******** | **JRN#** | | | |
| **Sub. Type** | OTHER | **Arrest ID** | | **Citation #** | | | |
| **Notes** | ▮▮▮▮▮ | | | | | | |

**DEFENDANT'S EXHIBIT A**

Case No: 2024000345

## RELATIONSHIP(S)

| Person A | TROY DON TESTON | Relationship | FRIEND | Person B | ██████ |
|---|---|---|---|---|---|

## PROPERTY

| Property Category | DRUGS/NARCOTICS | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | CRYSTAL LIKE SUBSTANCE SHARD | | | |
| Notes | BIN 014/ HOLD UNTIL OMI MEDICAL REPORT | | | |
| Make | CRYSTAL | Model | Style | CRYSTAL |
| Serial No / VIN | 2024000345 | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | METHAMPHETAMINES | Drug Quantity  8 | Drug UOM | GRAMS |

| Property Category | DRUG/NARCOTIC EQUIPMENT | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | METAL SPOON WITH WHITE BURNT RESIDUE | | | |
| Notes | BIN 014// HOLD UNTIL MEDICAL REPORT | | | |
| Make | SPOON | Model | Style | SPOON |
| Serial No / VIN | 2024000345 | | Color | STAINLESS STEEL |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug UOM | |

| Property Category | DRUGS/NARCOTICS | | Loss Type | EVIDENCE |
|---|---|---|---|---|
| Description | WHITE POWDER LIKE SUBSTANCE | | | |
| Notes | BIN 014// HOLD UNITL MEDICAL REPORT | | | |
| Make | POWDER | Model | Style | POWDER |
| Serial No / VIN | 2024000345 | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | UNKNOWN | Drug Quantity  0.2 | Drug UOM | GRAMS |

Case No:  2024000345

| | | |
|---|---|---|
| **Property Category**  DRUG/NARCOTIC EQUIPMENT | | **Loss Type**  EVIDENCE |
| **Description**  ORANGE AND CLEAR SYRINGE THAT WAS IN A "USED" CONDITION | | |
| **Notes**  PLACED INTO THE SHARP CONTAINER AT THE PPD | | |
| **Make**  SYRINGE | **Model** | **Style**  SYRINGE |
| **Serial No / VIN**  2024000345 | | **Color** |
| **Vehicle Year** | **Plate No/ State/ Type** | |
| **Loss Date** | **Loss Quantity** | **Loss Value** |
| **Rec Date** | **Rec Quantity** | **Rec Value** |
| **Drug Type** | **Drug Quantity** | **Drug UOM** |

**Entered By**  ORDONEZ, V

**Officer**  ORDONEZ, V

**Supervisor**

Case No:   2024000345

# Incident # 2024000345 (Synopsis)

Officers responded to the 1900 block of South Avenue I, in reference to a male who was cold to the touch.

Upon arrival, Officers located a deceased male, conducted interviews and conducted an investigation.

OMI was conducted and they responded to the scene.

At this time, the body was transported by Wheelers and it will by taken for an autopsy.

## Incident # 2024000345

ORDONEZ, V

On April 1, 2024, at approximately 1051 hours I, along with Portales EMS and other Officers of the Portales Police Department responded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in reference to an ambulance request.

Portales Communications relayed the reporting party (later identified as ▮▮▮▮▮▮▮▮▮▮) stated she believed her friend was dead in the living room as he was cold to the touch and not breathing. Portales Communications stated over CAD notes, the male 41 yr. old (later identified as Troy Teston) had attempted to get assistance at the hospital where he was not given help as he went home telling ▮▮▮▮ he had pneumonia. ▮▮▮▮ explained the last time she spoke to Troy had been around 0300 hours earlier this morning.

During my response to the scene, I learned that Portales EMS arrived on scene and shortly after, cleared upon Officers arrival.

Upon arrival at the scene, I walked towards apartment B3 and observed Officer Robert Bramwell #412 speaking to ▮▮▮▮▮▮▮▮▮▮ outside. I proceeded to enter the apartment and observed Officer Iris Rodriguez #420 inside. Officer Rodriguez pointed me to the east wall in the living room area. I observed a dark colored couch resting next to the wall. On the couch, I observed Troy lying with his head facing north and his feet facing south. I observed Troy to be wearing blue jeans with his left leg slightly bent upward and his right leg resting off the couch hanging resting on the ground. Troy was observed shirtless and had both hands resting around his abdomen area and his right arm in the sleeve of a light-colored shirt. Also, Troy was observed to have rigor mortis and livor mortis in the uncovered parts of his body and his eyes open at the time.

I proceeded to exit the residence and I spoke to ▮▮▮▮. ▮▮▮▮ stated Troy was her childhood friend. ▮▮▮▮ stated they were not close and found it "bizarre" how Troy, not last night but the night prior, had shown up to her home. ▮▮▮▮ stated during that time, Troy had walked to her residence where he wore "hospital attire" and told her he had pneumonia. ▮▮▮▮ briefly explained Troy informed him and his girlfriend ▮▮▮▮ had been fighting and he wished for a ride to her house located by Pizza Hut to pick up his truck. ▮▮▮▮ advised she gave him a ride to the described above and left shortly after.

▮▮▮▮ advised last night at approximately midnight; Troy showed up to her house. ▮▮▮▮ advised that she had been lying on the couch located on the west wall of her living room. ▮▮▮▮ stated Troy walked into her home without knocking as everyone knows she dislikes knocking. ▮▮▮▮ relayed once inside, Troy fell into the couch he was currently located on, and he was observed to be "laboring to breath". ▮▮▮▮ explained he had cottonmouth, so she proceeded to provide him with ice water. After that, ▮▮▮▮ explained Troy told her he had left the hospital where they wouldn't help him as he was told he had "thrush" in his mouth, but he believed he had mouth cancer. ▮▮▮▮ explained conversing with Troy over the sickness and asking him if he wanted to be taken to Clovis hospital, but he refused. ▮▮▮▮ said she proceeded to make him a microwave meal containing broccoli rice and pork, but he refused to eat it, so she gave it to his dog. ▮▮▮▮ explained she also provided Troy with "Tylenol Cold & Flu Severe" in a foam cup using hot water which he ingested. ▮▮▮▮ stated Troy advised he wished to wait until daytime to go back to RGH hospital to make a point with staff. ▮▮▮▮ explained she also went and retrieved Troy's dog from his pickup located in the parking lot. ▮▮▮▮ advised later, at an unknown time she went to sleep in her bedroom and Troy stated he needed some sleep.

Today, ▮▮▮▮ explained she woke up (unknown time), went into the living room where Troy was lying on the same couch. ▮▮▮▮ advised that she observed Troy's dog, so she proceeded to

take him outside to use the restroom. After re-entering the home shortly after, ▮▮▮▮▮ explained to begin making roman noodles and upon that action, she attempted to call for Troy but received no response. ▮▮▮▮▮ advised she approached Troy to wake him up and touched his torso finding he was cold to the touch, so she called 911. Upon further questioning, it was learned by ▮▮▮▮▮ her boyfriend (▮▮▮▮▮ had been present during the night but left as he had an active warrant.

I was informed by another investigator ▮▮▮▮▮ was outside in a red pickup in the parking lot of the apartment.

Contact was made by investigators with ▮▮ and he explained the following. ▮▮ stated he had been in the apartment with ▮▮▮▮▮ when Troy at approximately between 11pm-12pm hours last night, swung the door open. ▮▮ explained Troy was breathing hard, was holding his left abdomen area, and advised he had pneumonia. ▮▮ explained Troy laid on the couch rambling words, and he was not making sense. ▮▮ stated they offered to take Troy to the hospital in Clovis but he refused. ▮▮ confirmed Troy was provided Tylenol with water for his complaints and confirmed Troy stating he had cancer in the mouth. Jack stated approximately two hours later, ▮▮▮▮▮ and he left to sleep in their bedroom.

Today at approximately 1000 hours, ▮▮ informed he woke up to ▮▮▮▮▮ yelling for him. ▮▮ stated once he entered the living room, he observed Troy to be lying in the living room with his eyes open and he kicked his leg where he discovered he was stiff. Jack did inform it took him approximately 30 minutes for him to calm ▮▮▮▮▮ and upon that, he left for the Allsups located at 18th and I to buy her a coke and cigarettes. Jack stated ▮▮▮▮▮ remained at the apartment, and once he returned, personnel had been in route.

Due to having an unattended death, I requested Portales Communications to inform the Office of the Medical Investigators (OMI) on-call personnel.

Shortly after, OMI Heather Murray and Floyd Jones arrived at the scene. Both investigated and pronounced Troy deceased at 1155 hours.

During the investigation, OMI Jones escorted me to the northwest bedroom where he discovered an orange used syringe lying on the bed. Also, it was discovered on a dresser next to the feet of the bed a crystal-like substance in a "shard "form.  Next to it, a silver spoon with white residue, and another small white powdery rock like substance. All items described were photographs and seized.

Ultimately, Wheelers Mortuary was requested by OMI Jones for the transportation of the body which arrived shortly after, taking possession of the body. Also, I was informed by OMI Jones he had contacted the OMI headquarters and Troy would be transported to Albuquerque, NM for an autopsy to find the cause of death.

The items seized on scene where transported to the Portales Police Department and placed into temporary evidence bin 014.

////END OF REPORT////
Det. V. Ordonez #410